# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF TEXAS, *ex rel.* MARK ADAMS,<br><br>　　Plaintiffs,<br><br>v.<br><br>MEDOC HEALTH SERVICES, LLC, and JOHN DOES 1-100,<br><br>　　Defendants. | Civil Action No. 3:17-CV-02977-M<br><br>FILED IN SEALED CASE |

## ORDER

The State of Texas, having declined to intervene in this action, the Court **ORDERS** that:

1. Relator's Complaint, the State of Texas's Notice of Election to Decline Intervention, and this Order be unsealed;

2. Relator's Complaint, the State of Texas's Notice of Election to Decline Intervention, and this Order be served upon Defendants by Relator;

3. All other papers or orders on file in this matter shall remain under seal;

4. The seal be lifted on matters occurring in this action after the date of this Order;

5. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the State of Texas, as provided for by the Federal False Claims Act and the Texas Medicaid Fraud Prevention Act. The State of

Texas may order any deposition transcripts and is entitled to intervene in this action for good cause, at any time;

6. The Parties shall serve all notices of appeal upon the State of Texas;

7. All orders of this Court shall be sent to the State of Texas; and

8. Should Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the State of Texas before ruling or granting its approval.

**SO ORDERED**.

July 16, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE