**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-cv-02977-M |
| | § | |
| MEDOC HEALTH SERVICES LLC, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**JUDGMENT**

Pursuant to the Stipulation for Entry of Agreed Judgment stipulated to and agreed upon by the United States of America and Defendant Moky Cheung (ECF No. 113), and further pursuant to Rule 58 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the United States of America has judgment against Defendant Moky Cheung, in the amount of $300,000.00, plus interest thereon from the date of this judgment at the rate of 4.00% per annum, compounded annually until paid, for all of which the United States of America may have execution.

**SO ORDERED**.

March 30, 2020.

Barbara M G Lynn

BARBARA M. G. LYNN
CHIEF JUDGE